[No. 31769-5-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FORREST W. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04116-9, Norma Smith Huggins, J., entered November 17, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Pekelis, J. Pro Tem.

[No. 34198-7-I.    Division One.    May 22, 1995.]

ELIZABETH EILEEN SPLIDSBOEL, *Respondent*, v. ALBERT CHRISTOPHER SPLIDSBOEL, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 94-2-00049-1, Alan R. Hancock, J., entered February 7, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34196-1-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL BLAINE ANARDI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02340-1, Brian D. Gain, J., entered January 31, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 33328-3-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TUAN CONG NGUYEN, *Defendant*, SOURAPHONG SENETHONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07719-8, Ricardo S. Martinez, J., entered August 6, 1993. *Affirmed* by unpublished opinion per Pekelis, J. Pro Tem., concurred in by Baker, C.J., and Grosse, J.